UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANNA N. BRIDGES,

        Plaintiff,        Case no. 09-10117
                                Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed this matter along with Magistrate Judge Michael Hluchaniuk's Report and Recommendation filed February 23, 2010, and Plaintiff's objections filed March 05, 2010 and upon review;

**IT IS HEREBY ORDERED** that the report and recommendation is **ADOPTED** as the findings and conclusions of this Court.

                                          s/John Corbett O'Meara
                                          United States District Judge

Date: March 22, 2010

    I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 22, 2010, by electronic and/or ordinary mail.

                                            s/William Barkholz
                                            Case Manager